IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                                               Criminal Action No.
                                                                               22-00208-01-CR-W-HFS

DONNA R. BRANDT,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:
    <u>Count 1</u>: Receipt or Possession of an Unregistered Firearm, *in violation of*
        26 U.S.C. §§ 5841, 5861(d), and 5871, and 18 U.S.C. § 2
    <u>Counts 2-7</u>: Felon in Possession of Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and
        924(a)(2)

**TRIAL COUNSEL**:
    Government: Stephanie Bradshaw
      Case Agent: Robert Millier, ATF
    Defense: Willis Toney

**OUTSTANDING MOTIONS**: Defense counsel made an oral motion to continue the trial until the September 25, 2023, docket. Neither the Government nor Defendant objected. Defense counsel was directed to file his motion by the end of the day.

**ANTICIPATED MOTIONS**: None.

**TRIAL WITNESSES**:
    Government: 3 with stipulations; 5 without stipulations
    Defense: 2–3 witnesses, including Defendant who may testify.

**TRIAL EXHIBITS**:
    Government: 20–30 exhibits
    Defense: no additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial        (  ) Possibly for trial
    ( x ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 2 days
    Defense case: 1/2 day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
        ( x )    chain of custody
        (  )    chemist's reports
        ( x )    prior felony conviction
        ( x )    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: May 22, 2023
Defense: May 22, 2023
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: May 22, 2023
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: May 22, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing June 5, 2023
    **Please note**: *Any conflicting settings on trial docket?*
    Defense counsel is also set for trial on the June 5, 2023, docket in 19-00112-CR-W-HFS.

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                          */s/ Jill A. Morris*
                                                         JILL A. MORRIS
                                                         United States Magistrate Judge